UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE LEWIS,

                *Plaintiff*,

-vs-

WESTCHESTER COUNTY, ARAMARK CORPORATION, GLOBAL TEL-LINK d/b/a ADVANCEPAY SERVICE, CORRECT CARE SOLUTIONS, CAPTAIN ABRAMS, ALL CORPORATE OFFICERS, BOARD MEMBERS, ALL WARDENS AND COMMISSIONERS, JOHN AND JANE DOES 1-200, ALL UNKNOWN ENTITIES,

                *Defendants*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/2022

PROPOSED ORDER OF DISMISSAL

Civil No. 18cv4086 (NSR)

**UPON** the reading of the Suggestion of Death Upon the Record (*Dkt.* 53), pursuant to Federal Rule of Civil Procedure 25(a)(1), filed by Defendants Westchester County and Correct Care Solutions ("Defendants") on October 11, 2021 and served on Plaintiff Bruce Lewis ("Plaintiff") on October 12, 2021 (*Dkt.* 54);

**UPON** the issuing of an October 21, 2021 Opinion and Order (*Dkt.* 55), directing Defendants to serve a copy of the Opinion and Order on Plaintiff's next of kin, and file proof of service of same;

**UPON** Defendants' review of Plaintiff's Westchester County Jail intake records, extensive search of public records relating to Plaintiff;

**UPON** the attempted November 18, 2021 service of Defendants' Rule 25(a)(1) Suggestion of Death and the October 21, 2021 Opinion and Order (*Dkt.* 56) upon individuals believed to be Plaintiff's parents, Margory Allen and Max Lewis; and

24064925.1

UPON no timely motion for substitution having been filed by Plaintiff's next of kin, as set forth in the October 21, 2021 Opinion and Order; it is hereby

ORDERED that Plaintiff's action is dismissed, in its entirety and with prejudice, due to the failure of any next of kin to seek substitution as Plaintiff's representative and prosecute his claims on his behalf.

SO ORDERED

Dated: February 16, 2022
White Plains, NY

_____
HON. NELSON S. ROMÁN

24064925.1